712 A.2d 281

**Michael J. SHIRLEY, by his mother, Sharon SHIRLEY, natural guardian, Appellees,**

**v.**

**Mehdi B. JAVAN, M.D., Appellant.**

Supreme Court of Pennsylvania.

Argued March 10, 1998.

Decided July 21, 1998.

Irving M. Green, Kensington, for appellant.

Annaliese P. Masser, Greensburg, for appellees.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### *ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

NIGRO, J., dissents.